**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

DAVID KAISER, for himself and on behalf of those similarly situated,

Plaintiff,

Case No.: 2:16-cv-844-FtM-99MRM

vs.

NORTHWOOD HOSPITALITY, LLC., a Foreign Limited Liability Company; NWNG LLC d/b/a NAPLES GRANDE RESORT & SPA,

Defendants.
_________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04 (d), Plaintiff hereby certifies that the instant action:

_X_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

*Donald Isherwood v. Lehill Partners, LLC; WHM, LLC, d/b/a Naples Grande Resort & Club*, USDC, Middle Dist., Fort Myers, FL, 2:09-cv-00613 – In an abundance of caution, Plaintiff lists the following case, involving failure to pay appropriate overtime compensation, which was filed against the prior owners of the same property.

___ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

Respectfully submitted this 15th day of December, 2016.

**/s/ANGELI MURTHY**
ANGELI MURTHY, ESQ.
FL Bar No.: 088758
MORGAN & MORGAN, P.A.
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Tel: 954-318-0268
Fax: 954-327-3016
E-Mail: **Amurthy@forthepeople.com**
*Trial Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of December, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**/s/ ANGELI MURTHY**
ANGELI MURTHY, ESQ.