**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

DAVID KAISER, for himself and on behalf of those similarly situated,

Plaintiff,

Case No.: 2:16-cv-844-FtM-99MRM

vs.

NORTHWOOD HOSPITALITY, LLC., a Foreign Limited Liability Company; NWNG LLC d/b/a NAPLES GRANDE RESORT & SPA,

Defendants.
_________________________________/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, the Parties to this action, by and through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal of this case, with prejudice, with all parties to bear their own costs, as Plaintiff has resolved his claim under the Fair Labor Standards Act for wages and liquidated damages without compromise, and with attorneys' fees having been negotiated separately.

Respectfully submitted this 8th day of May, 2017.

**/s/ Angeli Murthy**
Angeli Murthy, Esquire
Florida Bar No.: 088758
MORGAN & MORGAN, P.A.
600 N. Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone: (954) 318-0268
Facsimile: (954) 327-3016
Email: amurthy@forthepeople.com
*Trial Attorneys for Plaintiff*

**/s/ Andrew R. Lincoln**
Laura E. Prather, B.C.S.
Florida Bar No. 870854
laura.prather@jacksonlewis.com
Andrew R. Lincoln
Florida Bar No. 0069588
andrew.lincoln@jacksonlewis.com
JACKSON LEWIS P.C.
Wells Fargo Center
100 South Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone: (813) 512-3210
Facsimile: (813) 512-3211
*Trial Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of such filing to all counsel of record.

**/s/ ANGELI MURTHY**
ANGELI MURTHY, ESQ.